1  McGREGOR W. SCOTT
   United States Attorney
2  MARLON COBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-CR-0245 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER of DENIAL |
| MAXIMINO FLORES, aka, "Blue," | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the current change of plea/trial confirmation date of November 7, 2008, at 9:00 a.m. to November 21, 2008, at 9:00 a.m. in this matter,

The Court finds that good cause does NOT exist to alter the trial date. When trials are set, they are firm. There is time to negotiate a plea, or come to the realization that a plea will not be forthcoming. The status conference, as set on November 7, 2008 is confirmed, and the trial set for Nov 17 will also be confirmed unless a plea is taken before that date.

IT IS SO ORDERED.

**Dated:   November 5, 2008**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1