1  ROBERT L. FORKNER
   State Bar No. 166097
2  722 Thirteenth Street
   Modesto, CA 95354
3  (209) 544-0200 Phone / (209)544-1860 Fax

4

5

6  Attorney for Defendant
   MAXIMINO FLORES
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           No.   1:07-CR-245 LJO

12              Plaintiff.              STIPULATION AND ORDER TO
                                        CONTINUE SENTENCING
13  vs.

14

15  MAXIMINO FLORES,

16              Defendant.

17

18      IT IS HEREBY STIPULATED by and between defendants MAXIMINO FLORES, through

19  his attorney, ROBERT L. FORKNER, plaintiff United States of America, through its counsel of

20  record, Assistant United States Attorney Marlon Cobar hereby stipulate and request the following:

21      1. The currently scheduled sentencing date of January 30, 2009, at 9:00 a.m., in court room

22  8 before the HONORABLE JUDGE LAWRENCE J. O'NEILL shall be vacated and reset for

23  Sentencing on March 13, 2009 at 9:00 a.m.

24      2. The defense has requested the continuance in order to permit a complete review of the

25  Presentence Report with the defendant to allow adequate preparation for formal objections.

26

27

28

DATE:   January 28, 2009              /s/ ROBERT . FORKNER
                                      Attorney for Defendant
                                      MAXIMINO FLORES

DATE:   January 28, 2009              /s/  MARLON COBAR
                                      Assistant US Attorney
                                      MARLON COBAR

## ORDER

The stipulation is devoid of the reason the "necessary investigation and adequate preparation was not completed in a timely fashion.  In the future, such an explanation will be required.

    IT IS HEREBY ORDERED that the currently scheduled sentencing be vacated and reset for March 13, 2009, at 9:00 a.m., in court room 8 for the defendant MAXIMINO FLORES.

    IT FURTHER APPEARING that the continuance would permit the defense to conduct necessary investigation and adequate preparation for the objections to the Presentence Report in this case.

IT IS SO ORDERED.

**Dated:   January 28, 2009**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE