ROBERT L. FORKNER (CSB #:166097)
LAW OFFICES OF ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Phone:       (209) 544-0200
Fax:          (209) 544-1860

Attorney for Defendant
MAXIMINO FLORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff.<br><br>vs.<br><br>MAXIMINO FLORES,<br><br>              Defendant. | No.   07-CR-245 LJO<br><br>ORDER AND STIPULATION FOR THE RETURN OF THE DEFENDANT'S PERSONAL PROPERTY |

  Defendant MAXIMINO FLORES, through his attorney, ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KATHLEEN ANNE SERVATIUS, hereby stipulate and request the following:

  On March 13, 2009 the case of defendant MAXIMINO FLORES was terminated. Mr. Flores was ordered to serve 96 months at the Federal Prison in Lompoc, California, and 12 months of supervised release for counts I and II. The evidence in this case is no longer needed.

  Accordingly, it is respectfully requested that the following personal property seized from the defendant in the above-captioned case be returned:

  1. Photos/albums (most important, the pictures of his kids).

2. Clothes

3. Computer

4. Camera

5. Property in his truck:

6. Clothes (his and his kids)

7. CD's

8. Sun Glasses

Agent Neil Compston was advised on May 15, 2009 and has no objections.

DATE:   January 12, 2010          /s/ ROBERT . FORKNER
                                  Attorney for Defendant
                                  MAXIMINO FLORES


DATE: February 4, 2010            /s/ Kathleen A. Servatius
                                  Assistant US Attorney
                                  KATHLEEN ANNE SERVATIUS


## ORDER

IT IS SO ORDERED that the defendant's personal property in the above-captioned case be returned to the defendant, MAXIMINO JIMENEZ.   This Order is not intended in any way to circumvent, interfere with or take the place of the safety regulations of the prison.

IT IS SO ORDERED.

**Dated:   February 5, 2010**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2